Matthew B. Hayhurst
Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
Facsimile: (406) 549-6804
mhayhurst@boonekarlberg.com
rtanner@boonekarlberg.com
*Attorneys for Defendant
Consensus Orthopedics Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| LAWRENCE BIGGS, an individual; VERLIE BRECHEL, an individual; TOM VANEK, an individual; and GENE FRIGON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CONSENSUS ORTHOPEDICS INC., a corporation; and JOHN DOES 1-10, <br><br> Defendants. | Cause No. CV-16-146-M-DLC <br><br> **JOINT STIPULATION OF DISMISSAL** |

The parties, by and through their counsel of record, stipulate to dismiss this matter with prejudice, as the parties have settled this matter. The parties shall bear their own costs and fees. A proposed order is attached

DATED this 11th day of October 2017.

/s/Randy J. Tanner
Randy J. Tanner
Boone Karlberg p.c.
*Attorneys for Defendant Consensus Orthopedics, Inc.*

/s/John Amsden
John Amsden
BECK AMSDEN & STALPES, PLLC
1946 Stadium Drive, Suite 1
Bozeman, MT 59715
*Attorneys for Plaintiffs Biggs and Brechel*

/s/Scott Carlson
Scott Carlson
CARLSON LAW OFFICE
P.O. Box 1814
Kalispell, MT 59903-1814
*Attorneys for Plaintiffs Biggs and Brechel*

/s/John Fitzpatrick
John Fitzpatrick
TOWE & FITZPATRICK, PLLC
619 SW Higgins, Suite O
Missoula, MT 59806
*Attorneys for Plaintiff Vanek*

/s/Michael George
Michael George
MICHAEL GEORGE PC
615 2nd Ave. N, Suite 201 – PO Box 2505
Great Falls, MT 59403
*Attorneys for Plaintiff Frigon*