# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION



**FILED**

OCT 1 3 2017

Clerk, U.S. District Court
District Of Montana
Missoula

LAWRENCE BIGGS, an individual,
VERLIE BRECHEL, an individual,
TOM VANEK, an individual, and
GENE FRIGON, an individual,

Plaintiffs,

vs.

CONSENSUS ORTHOPEDICS INC., a
corporation, and JOHN DOES 1-10,

Defendants.

CV 16–146–M–DLC

ORDER

Pursuant to the Parties' Joint Stipulation for Dismissal (Doc. 24),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the

parties to bear their own costs and attorneys' fees. All deadlines are VACATED

and any pending motions are DENIED as moot. The bench trial set for May 14,

2018, is VACATED.

Dated this **13**th day of October, 2017.

Dana L. Christensen, Chief Judge
United States District Court